**SEALED DOCUMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for
Computer servers at Microsoft,
an e-mail provider located at
One Microsoft Way, Redmond,
WA 98052-6399

1:13-mj-32-01-LM

UNDER SEAL - LEVEL I

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking to extend the Order precluding Microsoft from notifying any person of the existence of the Search Warrant pertaining the e-mail account jhayesrxnh@hotmail.com finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Microsoft shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

March 18, 2013

_____
Landya B. McCafferty
United States magistrate Judge